# MEMORANDUM DECISIONS.

[Civil No. 294.]

JOHN HILL et al., Appellees, v. H. C. HERRICK et al., Appellants.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. William H. Barnes, Judge. Dismissed.

George G. Berry, for Appellants.

Goodrich & Smith, for Appellees.

PER CURIAM.—Upon motion: for the reasons stated in *Reilly* v. *Crowley, ante,* p. 286, 29 Pac. 14, and upon the authority of that case, this appeal is dismissed, and there will be judgment accordingly. (Filed January 24, 1891.)

[Civil No. 263.]

THE UNITED STATES OF AMERICA, Appellee, v. FORDYCE ROPER, and THE MOUNTAIN MAID MINING COMPANY, Appellants.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. Dismissed.

George G. Berry, for Appellants.

H. R. Jeffords, United States District Attorney, Goodrich & Smith, and James Reilly, for the United States.

PER CURIAM.—Upon the authority of *Reilly* v. *Crowley, ante,* p. 286, 29 Pac. 14, (decided at this term) for like reasons, and upon motion of the appellee, this appeal is dismissed and there will be judgment accordingly. (Filed January 24, 1891.)